IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI

GARY KIRCHNER,                                   )
                                                 )
                    Plaintiff,                   )
                                                 )        CIVIL ACTION
vs.                                              )
                                                 )        Case No. 4:26-CV-00229
MAC'S CONVENIENCE STORES LLC,                    )
                                                 )
                    Defendant.                   )

**<u>JOINT STIPULATION OF DISMISSAL WITH PREJUDICE</u>**

Plaintiff, GARY KIRCHNER, and Defendant, MAC'S CONVENIENCE STORES LLC, by and through undersigned counsel and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby jointly stipulate to the dismissal of Defendant, MAC'S CONVENIENCE STORES LLC, and this entire action with prejudice. Each party bears their own fees and costs.

Respectfully submitted this 24th day of July 2026.

Law Offices of
THE SCHAPIRO LAW GROUP, P.L.

/s/  *Douglas S. Schapiro*
Douglas S. Schapiro, Esq.
State Bar No. 54538FL
The Schapiro Law Group, P.L.
7301-A W. Palmetto Park Rd., #100A
Boca Raton, FL 33433
Tel: (561) 807-7388
Email: schapiro@schapirolawgroup.com

Attorney for Plaintiff

/s/ Jessica L. Liss
Jessica L. Liss, Esq. (51331MO)
Harry L. Benson, Esq. (70539MO)
Jackson Lewis P.C.
1 N. Brentwood Blvd., Suite 1150
St. Louis, MO  63105
Tel:  314-827-3939
Email:  jessica.liss@jacksonlewis.com
         harry.benson@jacksonlewis.com

Attorney for Defendant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 24th day of July 2026, we electronically filed the

forgoing with the Clerk of the Court by using the CM/ECF system.

/s/  Douglas S. Schapiro
Douglas S. Schapiro
State Bar No. 54538FL